IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND<br>WILLIAM J. SANDER, REVENUE<br>OFFICER OF THE INTERNAL<br>REVENUE SERVICE, | )<br>)<br>)<br>) | |
| Petitioner, | )<br>) | CASE NO. 3:08-0178<br>JUDGE HAYNES |
| v. | )<br>) | |
| THOMAS BROWN, JR., | )<br>) | |
| Respondent. | ) | |

## O R D E R

Upon notice of dismissal (Docket Entry No. 4) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 18th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge